UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY INSURANCE ASSOCIATION OF AMERICA,<br><br>                     Plaintiff,<br><br>      v.<br><br>JARETT ADAIR,<br><br>                     Defendant. | 21-CV-10883 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by **October 31, 2023**, the parties are hereby ORDERED to file on ECF a joint letter updating the Court regarding the status of mediation.

SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                                                       DALE E. HO
                                                     United States District Judge